## 28449. HANEY v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence; and the over-ruling of the motion for new trial, embracing the general grounds only, was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 18, 1940.

*J. L. Wallace, Mrs. Charles Camp,* for plaintiff in error.
*J. Ralph Rosser, solicitor-general, Alec Harris,* contra.

## 28452. RANCE v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence; and the over-ruling of the motion for new trial, embracing the general grounds only, was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 18, 1940.

*R. Earl Camp,* for plaintiff in error.
*Stanley A. Reese, solicitor,* contra.